2016-1037 (La. 9/16/16)

**Catherine G. BIENVENU**

v.

**Charles L. BIENVENU**

**NO. 2016-CC-1037**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. H, No. 2011-4835; to the Court of Appeal, Fourth Circuit, No. 2016-C-0313

Denied.

■

2016-1045 (La. 9/16/16)

**Simone B. GUILLORY, et al.**

v.

**Samuel S. BROUSSARD, Jr., et al.**

**NO. 2016-C-1045**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Iberia, 16th Judicial District Court Div. B, No. 120947-B; to the Court of Appeal, Third Circuit, No. 15-953

Denied.

■

2016-1046 (La. 9/16/16)

**ENMON ENTERPRISES, LLC d/b/a Jani-king of New Orleans**

v.

**CITY OF NEW ORLEANS By and Through The New Orleans Aviation Board and Metro Service Group, Inc.**

**NO. 2016-OC-1046**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. L, No. 2015-4917; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0763

Denied.

HUGHES, J., would grant.

■

2016-1603 (La. 9/16/16)

**HERMAN, HERMAN & KATZ LLC, et al.**

v.

**Elton JOHNSON, et al.**

**NO. 2016-CC-1603**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Avoyelles, 12th Judicial District Court Div. B, No. 2013-9879; to the Court of Appeal, Third Circuit, No. CW 16-00391

Denied.

KNOLL, J., recused.